UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CATLIN (FIVE) LIMITED,

        Plaintiff,

- against -

VERITAS GEOPHYSICAL CORP.,

        Defendant.
------------------------------------------------------------X

ECF
Case No.:
08-CV-2776 (RWS)(HP)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

    **PLEASE TAKE NOTICE,** the undersigned attorneys for the Plaintiff Catlin (Five) Limited, respectfully request that an appearance be entered for Nicoletti Hornig & Sweeney, by Nooshin Namazi (NN-9449), a partner of the firm, and that she be added to the list of counsel on the electronic case notification list.

    The undersigned certifies that she is admitted to practice in this court.

Dated: New York, New York
       March 27, 2008

                              Respectfully submitted,

                              NICOLETTI HORNIG & SWEENEY
                              *Attorneys for Plaintiff*
                              *CATLIN (FIVE) LIMITED*

                    By:_____s/ Nooshin Namazi_____
                       John A. V. Nicoletti (JN-7174)
                       Nooshin Namazi (NN-9449)
                       Wall Street Plaza
                       88 Pine Street, 7th Floor
                       New York, New York 10005-1801
                       Tel: (212) 220-3830
                       Fax: (212) 220-3780
                       Our File: 00000814

**TO:**

Veritas Geophysical Corp.
10300 Town Park Drive
Houston, Texas 77072

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : S.S.
COUNTY OF NEW YORK)

ROSEMARIE RUSSO, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiff Catlin (Five) Limited. I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

2. On March 27, 2008, I served the annexed **NOTICE OF APPEARANCE** upon the following:

>   Veritas Geophysical Corp.
>   10300 Town Park Drive
>   Houston, Texas 77072

at the address(es) designated by said attorney(s) for that purpose, by depositing true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York.

_____
ROSEMARIE RUSSO

Sworn to before me this
27th day of March, 2008

_____
Notary Public

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20 11