**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

CATLIN (FIVE) LIMITED,

               Plaintiff,

  - against -

VERITAS GEOPHYSICAL CORP.,

               Defendant.

-------------------------------------------------------------X

**ECF**
**Case No.:**
**08-CV-2776 (RWS)(HP)**

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

      **PLEASE TAKE NOTICE**, the undersigned attorneys for the Plaintiff Catlin (Five) Limited, respectfully request that an appearance be entered for Nicoletti Hornig & Sweeney, by William M. Fennell (WF-8895), an associate of the firm, and that he be added to the list of counsel on the electronic case notification list.

      The undersigned certifies that he is admitted to practice in this court.

Dated: New York, New York
      March 27, 2008

                          Respectfully submitted,

                          NICOLETTI HORNIG & SWEENEY
                          *Attorneys for Plaintiff*
                          *CATLIN (FIVE) LIMITED*

                          By:_____s/ William M. Fennell_____
                             John A. V. Nicoletti (JN-7174)
                             William M. Fennell (WF-8895)
                             Wall Street Plaza
                             88 Pine Street, 7th Floor
                             New York, New York 10005-1801
                             Tel:  (212) 220-3830
                             Fax: (212) 220-3780
                             Our File: 00000814

**TO:**

Veritas Geophysical Corp.
10300 Town Park Drive
Houston, Texas 77072

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         : S.S.
COUNTY OF NEW YORK)

ROSEMARIE RUSSO, being duly sworn, deposes and says:

1.      I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for

Plaintiff Catlin (Five) Limited.  I am not a party to this action, am over 18 years of age and reside

in Nassau County, New York.

2.      On March 27, 2008, I served the annexed **NOTICE OF APPEARANCE** upon

the following:

> Veritas Geophysical Corp.
> 10300 Town Park Drive
> Houston, Texas 77072

at the address(es) designated by said attorney(s) for that purpose, by depositing true copies of same

enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive

care and custody of the United States Postal Services within the State of New York.

ROSEMARIE RUSSO

Sworn to before me this
27th day of March, 2008

Notary Public

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20 11