AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

CATLIN (FIVE) LIMITED,
Plaintiff

V.

VERITAS GEOPHYSICAL CORP.,
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 02776

TO: (Name and address of Defendant)

VERITAS GEOPHYSICAL CORP.
10300 Town Park Drive
Houston, Texas 77072

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
Tel: (212) 220-3830

Ref #00000814/JAVN

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    MAR 1 7 2008

CLERK                                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 19, 2008 |
| NAME OF SERVER (PRINT) Brian Denmon | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED VERITAS Geophysical Corp By Delivering To Susan Moss (Agent for Service) AT 10300 Town Park Drive Houston, TX 77072

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 19, 2008
               Date                    Signature of Server

Address of Server: 3030 Brooks Ct.
Pearland, TX 77584

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.