UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
CATLIN (FIVE) LIMITED,

        Plaintiff,

- against -

VERITAS GEOPHYSICAL CORP.,

        Defendant.
--------------------------------------------------------------X

ECF
Case No.:
08-CV-2776 (RWS)(HP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties herein that the time within which Defendant VERITAS GEOPHYSICAL CORP. may serve and file its Answer to the Plaintiff's Complaint, in the above entitled action be and is hereby extended to and including May 12, 2008.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiff*
*CATLIN (FIVE) LIMITED*

By: _____
John A. V. Nicoletti (JN-7174)
Nooshin Namazi (NN-9449)
Wall Street Plaza, 88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830

STRASBURGER & PRICE, LLP
*Attorneys for Defendant*
*Veritas Geophysical Corp.*

By: _____
Michael A. Walsh, Esq. (MW-2534)
330 Madison Avenue, 9th Floor
New York, New York 10017-5002
Tel: (646) 495-5096

SO ORDERED:

_____
U.S.D.J.
5-6-08