UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CATLIN (FIVE) LIMITED,

        Plaintiff,                    Case No. 08 CV 02776 (RWS)(HP)

    -against-

VERITAS GEOPHYSICAL CORP.,

        Defendant.

------------------------------------------------------------x

### VERITAS GEOPHYSICAL CORP.'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant VERITAS GEOPHYSICAL CORP. (a non-govenrmental corporate party) certifies that its parent company is Veritas DGC, Inc., a publicly held company that owns 10% or more of its stock.

Dated:      Dallas, Texas
                May 14, 2008

                                        STRASBURGER & PRICE, LLP
                                        *Attorneys for Defendant*
                                        *VERITAS GEOPHYSICAL CORP.*

                        By:   _____
                               Michael A. Walsh (MW-2534)
                               330 Madison Avenue, 9th Floor
                               New York, New York 10017.5002
                               646.495.5096 tel
                               646.495.5097 fax
                               Email: michael.walsh@strasburger.com

634629.1/SPH/13623/0110/051408

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of May, 2008, a true and correct copy of the foregoing was served on all known counsel of record via ECF filing.

_____
MICHAEL WALSH

634629.1/SPH/13623/0110/051408