UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Cattin (Five) Limited,

-v.-                                              08 Civ. 2776 (RWS)

Veritas Geophysical
----------------------------------------X

Please be advised that the conference scheduled for _May 21, 08_ has been rescheduled to _Feb 11, 09 (Ao)_ at _4:30 pm_ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5/21/08

_____
ROBERT W. SWEET
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/08