*Nicoletti Hornig & Sweeney*

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

AUG 0 5 2008

**JUDGE SWEET CHAMBERS**

OF COUNSEL

NEW JERSEY OFFICE

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

JOHN A.V NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J CARCICH
BARBARA A SHEEHAN
NOOSHIN NAMAZI †
THOMAS M RITTWEGER †
ROBERT A NOVAK
TERRY L. STOLTZ
MICHAEL F McGOWAN
VINCENT A SUBA
SAMUEL C. COLUZZI †

LAWRENCE C GLYNN †
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S.D L. RUSSELL †
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
JANA SPERRY †◊

* ALSO ADMITTED IN TEXAS
† ALSO AOMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN NORTH CAROLINA

August 4, 2008

*Spackard*
*Sweet*
*USD √*
*8.6.08*

**BY HAND**

Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Re:   *Catlin (Five) Ltd. v. Veritas Geophysical Corp.*
      U.S. District Court for the Southern District of New York
      Index No.:    08-CV-2776 (RWS)(HP)
      Our File No.:  00000814(JAVN/NN)

Dear Judge Sweet:

We are the attorneys representing Plaintiff Catlin (Five) Limited in the above-referenced matter. Pursuant to the Court's Case Management Plan and Scheduling Order (Docket No. 11), this matter was stayed for sixty days on consent, which expired July 18, 2008. We are pleased to report that the underlying personal injury action has been settled, which, when finalized, will render the above-referenced declaratory judgment action involving excess liability moot.

Counsel for the parties to this action are negotiating the terms of the release and stipulation of dismissal referenced in the Case Management Plan, but require

August 4, 2008
Re: *Catlin (Five) Ltd. v. Veritas Geophysical Corp.*
Index No. 08-CV-2776 (RWS)(HP)
Page 2

additional time to finalize same. Without prejudice to Plaintiff's rights and time to
conduct discovery, if this and/or the underlying action are not resolved, counsel for the
parties herein jointly respectfully request that the stay in this matter be extended through
and including August 18, 2008.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By:

Nooshin Namazi
(NN-7174)

NN/wmf/s/rr

**cc (*via* e-mail):**

Michael A. Walsh, Esq.
Bijan Siahatgar, Esq.
STRASBURGER & PRICE, LLP
330 Madison Avenue, 9th Floor
New York, New York 10017-5002
Tel: (646) 495-5096
E-mail: michael.walsh@strasburger.com
E-mail: Bijan.Siahatgar@strasburger.com